**UNITED STATES DISTRICT COURT**            **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOSE SILVA REYES, | § | |
| Movant, | §<br>§<br>§ | |
| *versus* | §<br>§ | CIVIL ACTION NO. 1:23-CV-27 |
| UNITED STATES OF AMERICA, | §<br>§ | |
| Respondent. | §<br>§ | |

### ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Movant Jose Silva Reyes, a federal prisoner, proceeding *pro se*, brought this motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing movant's motion to vacate, set aside or correct sentence without prejudice to allow movant to file an out-of-time appeal. Accordingly, the magistrate judge also recommends vacating and reentering the Final Judgment in *United States v. Jose Silva Reyes*, Criminal Action No. 1:20cr64(4), as of the date of entry of the judgment in this proceeding. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is

**ORDERED** that the above-styled Motion to Vacate, Set Aside or Correct Sentence is **DISMISSED** without prejudice. It is further

**ORDERED** that the Final Judgment issued in *United States v. Jose Silva Reyes*, Criminal Action No. 1:20cr64(4), is **VACATED** and the Clerk of Court shall re-enter the Final Judgment, as of the date of entry of the Final Judgment in this § 2255 proceeding. When the Judgment is re-entered it will begin a new time period for filing an appeal under FED. R. APP. P. 4(b). A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 4th day of March, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE